GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS SELIGMAN, | Case No. 2:23-cv-01410-JCM-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SYNCHRONY FINANCIAL; and COMENITY CAPITAL BANK, | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 3, 2023 through and including **December 4, 2023**.  The request was made by Equifax so that the parties can have

/ /

/ /

/ /

/ /

1  additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.

3
4       Respectfully submitted, this 31st day of October, 2023.

5
6  CLARK HILL PLLC

                                                               ***No opposition***

7  By: /s/ Gia N. Marina                                                 /s/ Gerardo Avalos
    Gia N. Marina                                                        George Haines, Esq.
8  Nevada Bar No. 15276                                       Nevada Bar No. 9411
   1700 South Pavilion Center Drive, Suite 500           Gerardo Avalos, Esq.
9  Las Vegas, Nevada 89135                                 Nevada Bar No. 15171
   Telephone: (702) 862-8300                           FREEDOM LAW GROUP
10  Facsimile: (702) 778-9709                            8985 S. Eastern Ave., Suite 350
   Email: gmarina@clarkhill.com                     Henderson, NV 89123
11  *Attorney for Defendant Equifax Information*         Phone: (702) 880-5554
   *Services LLC*                                                      Fax: (702) 385-5518
12                                                                              Email: ghaines@freedomlegalteam.com
13                                                                              Email: gavalos@freedomlegalteam.com

14                                                                              *Attorneys for Plaintiff*

15

16  IT IS SO ORDERED:

17  [signature]
18  _____
   United States Magistrate Judge
19           10-31-2023
   DATED: _____
20

21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 31st day of October, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com