George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Louis Seligman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Louis Seligman, | Case No.: 2:23-cv-01410 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Synchrony Financial with prejudice.** |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; Synchrony Financial and Comenity Capital Bank, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Louis Seligman and Synchrony Financial stipulate to dismiss Plaintiff's claims against Synchrony Financial with prejudice.

///
///
///
///
///

_____

STIPULATION                                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 6, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Louis Seligman*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for Synchrony Bank*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2024

STIPULATION                  - 2 -